## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITIONS

I, Rachel Apfel Glass, declare under penalty of perjury that I am the CEO and Manager of Glosslab LLC and its various subsidiaries, and that the following is a true and correct copy of the resolutions adopted by me on behalf of said company at a special meeting duly called and held on the 22nd day of December 2024.

"Whereas, it is in the best interest of Glosslab LLC and its subsidiaries Glosslab IP LLC, Glosslab – Flatiron LLC, and Glosslab 180 West Broadway LLC (the "**Chapter 11 Debtors**") to file a voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code §§ 101 *et seq.* (as amended, the "**Bankruptcy Code**"); and

Whereas, it is in the best interests the following entities (collectively, the "**Chapter 7 Debtors**") to file voluntary petitions for relief pursuant to chapter 7 of the Bankruptcy Code:

GLOSSLAB 1165 BROADWAY LLC
GLOSSLAB 127 FOURTH AVENUE LLC
GLOSSLAB 1601 CONN AVE
GLOSSLAB 207 84TH STREET LLC
GLOSSLAB 33 ELM STREET LLC
GLOSSLAB 401 THIRD AVENUE LLC
GLOSSLAB 500 FEDERAL LLC
GLOSSLAB 640 BROADWAY LLC
GLOSSLAB 870 SEVENTH AVENUE LLC
GLOSSLAB BETHESDA ROW LLC
GLOSSLAB BISCAYNE BOULEVARD LLC
GLOSSLAB CABIN LLC
GLOSSLAB CLOSTER MARKET PLACE LLC
GLOSSLAB CONNECTICUT AVENUE LLC
GLOSSLAB DARIEN COMMONS LLC
GLOSSLAB ESPLANADE AVENTURA LLC
GLOSSLAB GIO MIDTOWN LLC
GLOSSLAB GIRALDA PLACE LLC
GLOSSLAB LAKEWOOD LLC
GLOSSLAB LOVERS LANE LLC
GLOSSLAB MONTVALE LLC
GLOSSLAB PALMER CENTER LLC
GLOSSLAB PARK WEST LLC
GLOSSLAB PRESTON ROYAL VILLAGE EAST LLC
GLOSSLAB RICE VILLAGE LLC
GLOSSLAB RIVER OAKS LLC
GLOSSLAB ROSLYN LLC
GLOSSLAB UNION MARKET LLC
GLOSSLAB VILLAGE AT TOWN CENTER LLC
GLOSSLAB WEST 23RD STREET LLC
GLOSSLAB WISCONSIN AVENUE LLC
GLOSSLAB-GREENWICH AVE LLC
GLOSSLAB-NOHO LLC
GLOSSLAB HOBOKEN LLC
GLOSSLAB HOUSTON HEIGHTS LLC

Be It Therefore Resolved, that Rachel Apfel Glass, CEO and Manager of each of the aforementioned limited liability companies, is authorized and directed to execute and deliver all documents necessary to perfect the filing of bankruptcy petitions for the Chapter 11 Debtors and the Chapter 7 Debtors on behalf of the such limited liability companies; and

Be It Further Resolved, that Rachel Apfel Glass, CEO and Manager of each of the aforementioned limited liability companies is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability companies, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability companies in connection with such bankruptcy cases, and

Be It Further Resolved, that Rachel Apfel Glass, CEO and Manager of each of the aforementioned limited liability companies is authorized and directed to employ Weinberg Zareh Malkin Price LLP to represent the Chapter 11 Debtors and Chapter 7 Debtors in such bankruptcy cases."

Date: December 22, 2024        Signed:_____
                                               RACHEL APFEL GLASS